IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN PARK,<br>    Plaintiff,<br><br>  v.<br><br>TEMPLE UNIVERSITY, AMID ISMAIL, LEONA SPERAZZA, BELINDA BROWN-JOSEPH, MEHRAN HOSSAINI ZADEH, MATTHEW PALERMO, JEFFREY GODEL & JOHN DOES 1-10,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 16-5025 |

## O R D E R

**AND NOW**, this 24th day of January, 2017, upon consideration of Defendants' Motion to Dismiss (ECF #11), the opposition thereto (ECF #12), and the reply (ECF #13), **IT IS ORDERED** that the Motion is **GRANTED**. All claims are **DISMISSED WITHOUT PREJUDICE**. **IT IS FURTHER ORDERED** that Plaintiff is **GRANTED** leave to amend the complaint within 7 days of the date of this order.

                BY THE COURT:


                /s/ Wendy Beetlestone
                _____
                **WENDY BEETLESTONE, J.**