IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN PARK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY, et al. | : | No. 16-5025 |

### O R D E R

**AND NOW,** this 20th day of March, 2018, **I HEREBY ORDER** that Defendants' motion to dismiss (Doc. No. 20) is **GRANTED**. Plainitff's First Amended Complaint is **DISMISSED.**

**I FURTHER ORDER** that Defendants' motion for summary judgment (Doc. No. 25) is **DISMISSED AS MOOT**.

BY THE COURT:

*/s/ J. William Ditter, Jr.*
**J. WILLIAM DITTER, JR., J.**