# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SEAN PARK | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 16-5025 |
| TEMPLE UNIVERSITY, *et al.* | : | |

## ORDER

**AND NOW**, this 25th day of April 2019, upon considering Defendants' Motion for summary judgment (ECF Doc. No. 50), Plaintiff's Opposition (ECF Doc. No. 59), Defendants' Reply (ECF Doc. No. 61), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendants' Motion for summary judgment (ECF Doc. No. 50) is **GRANTED** as the Plaintiff fails to adduce genuine issues of material fact necessary to defeat summary judgment warranted as a matter of law in favor of the Defendants. The Clerk of Court shall **close** this case.

KEARNEY, J.